UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VICTORIA MARKER,**

   Plaintiff,

v.                                                                 No. 4:22-CV-0981-P

**GATEWAY DIAGNOSTIC IMAGING, LLC,**

   Defendant.

## ORDER

On November 2, 2022, the Court ordered Plaintiff to replead and comply with Federal pleading standards on or before November 16, 2022. ECF No. 5. Plaintiff failed to comply with this mandate, as no amended complaint was filed. The Court warned Plaintiff that failure to comply would lead to dismissal. Therefore, the Court **ORDERS** that this case is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[1]

**SO ORDERED** on this **17th day of November 2022**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[1] "Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders." *See, e.g.*, *Olsen v. Maples*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (citing *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962)).