UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VICTORIA MARKER,**

   Plaintiff,

v.                                     No. 4:22-CV-0981-P

**GATEWAY DIAGNOSTIC IMAGING, LLC,**

   Defendant.

## FINAL JUDGMENT

   This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on November 17, 2022, Plaintiff Victoria Marker's claims are **DISMISSED with prejudice**.

   It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with prejudice**. The Clerk shall transmit a true copy of this Final Judgment to the Parties.

   **SO ORDERED** on this **17th day of November 2022**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE