UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VICTORIA MARKER,**

   Plaintiff,

v.   No. 4:22-CV-0981-P

**GATEWAY DIAGNOSTIC IMAGING, LLC,**

   Defendant.

### AMENDED FINAL JUDGMENT[1]

Before the Court is Plaintiff's unopposed motion to alter the Court's final judgment entered on November 17, 2022. ECF No. 9. The motion is **GRANTED**. The amended final judgment is as follows:

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing the case issued on November 17, 2022, Plaintiff Victoria Marker's claims are **DISMISSED without prejudice**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED without prejudice**. The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **28th day of November 2022**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[1] This final judgment amends the final judgment entered on November 17, 2022. ECF No. 8.